# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2004

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Hughes, Lynn N | 2. Court or Organization<br><br>Southern District of Texas | 3. Date of Report<br><br>8/15/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Judge | 5. ReportType (check appropriate type)<br><br>○ Nomination   Date<br><br>○ Initial   ◉ Annual   ● Final | 6. Reporting Period<br><br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br><br>Suite 11122<br>515 Rusk Avenue<br>Houston, Texas 77002-2605 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION ENTITY |
|---|---|---|
| 1. | Independent Executor | Dead Relative's Estate (no interest, no compensation) |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

RECEIVED 2005 AUG 10 A 10: 57
FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse, see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ **NONE** – (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ **NONE** – (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** – (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Geo. Mason Univ. Law & Economics Center | Seminar, Tucson, travel, lodging, board, 4/30-5/6 |
| 2. | Geo. Mason Univ. Law & Economics Center | Advisory Board, Alexandria, travel, lodging, 10/30-31 |
| 3. | Live Like a Star Productions | Travel, lodging, Los Angeles, 5/20-22 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hughes, Lynn N | 8/15/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. ** Land ******* | | ******* | | | ******* | | | | ******* |
| 2. Tract One, grazing, Colorado County, Texas | D | Rent | N | R | | | | | Individual 12/30/1991 |
| 3. Tract Two, rice, Colorado & Wharton Counties, Texas | E | Rent | M | R | | | | | Individual 12/30/1991 |
| 4. Tract Three, store, Colorado County, Texas | | None | K | R | | | | | Vacant 12/30/1991 |
| 5. ** IRA One ******* | | ******* | | | ******* | | | | ******* |
| 6. Alliance Bernstein Tech | A | Distribution | K | T | | | | | |
| 7. Jennison 20/20 Focus | A | Distribution | K | T | | | | | |
| 8. Van Kampen Emerging Markets | A | Distribution | K | T | | | | | |
| 9. ** IRA Two ******** | | ******* | | | ******** | | | | ********* |
| 10. Strategic Partners Oppor. MCV | A | Distribution | K | T | | | | | |
| 11. ** Equities One ***** | | ******* | | | ******** | | | | ******* |
| 12. Sun Micro | | None | K | T | | | | | |
| 13. Prosperity Bancshares | A | Dividend | K | T | | | | | |
| 14. Unocal | B | Dividend | L | T | | | | | |
| 15. Wells Fargo & Co | E | Dividend | P1 | T | | | | | |
| 16. ** Equities Two ******* | | ******** | | | ****** | | | | ****** |
| 17. Wells Fargo & Co | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,001-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate only) | S = Assessment | T = Cash Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hughes, Lynn N | 8/15/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ** Estate ****** | | ******* | | | ******** | | | | ******* |
| 19. UBS Pace Global Income | B | Distribution | K | T | | | | | |
| 20. UBS High Income | A | Distribution | J | T | | | | | |
| 21. TXU Corp | A | Dividend | J | T | | | | | |
| 22. UBS Cashfund | A | Interest | J | T | | | | | Note One |
| 23. Putnam Global Equity | A | Distribution | J | T | Found | | | | |
| 24. ** Mutual Funds One ******* | | ******* | | | ******** | | | | ******** |
| 25. AIM International Growth | A | Distribution | N | T | | | | | |
| 26. ING Financial | A | Distribution | M | T | | | | | |
| 27. Belmar Capital Fund LLC | D | Distribution | P1 | T | | | | | |
| 28. Jennison Equity Opportunity | B | Distribution | N | T | | | | | |
| 29. AIM Basic Value | A | Distribution | N | T | | | | | |
| 30. Jennison US Emerging Growth | | None | N | T | | | | | |
| 31. Pioneer | B | Distribution | N | T | | | | | |
| 32. Smith Barney Aggressive Growth | | None | N | T | | | | | |
| 33. AIM Developing Markets | A | Distribution | O | T | | | | | |
| 34. ING Large Cap Growth | | None | L | T | | | | | |
| 35. AIM Asia Pacific | A | None | N | T | | | | | |

1. Income Gain Codes: A = $1,000 or less; B = $1,001-$2,500; C = $2,501-$5,000; D = $5,001-$15,000; E = $15,001-$50,000
(See Columns B1 and D4) F = $50,001-$100,000; G = $100,001-$1,000,000; H1 = $1,000,001-$5,000,000; H2 = More than $5,000,000

2. Value Codes: J = $15,000 or less; K = $15,001-$50,000; L = $50,001-$100,000; M = $100,001-$250,000
(See Columns C1 and D3) N = $250,001-$500,000; O = $500,001-$1,000,000; P1 = $1,000,001-$5,000,000; P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000; P4 = More than $50,000,000

3. Value Method Codes: Q = Appraisal; R = Cost (Real Estate Only); S = Assessment; T = Cash Market
(See Column C2) U = Book Value; V = Other; W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Hughes, Lynn N | 8/15/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 54. Bell County, Texas | B | Interest | K | T | | | | | |
| 55. Cinco, Texas Mun Util Dist | A | Interest | K | T | | | | | |
| 56. Hays, Texas, ISD - 2 | B | Interest | K | T | | | | | |
| 57. Denver Airport - 2 | B | Interest | K | T | Redeemed | 11/15 | K | | |
| 58. Illinois Health - 2 | B | Interest | M | T | | | | | |
| 59. Hays, Texas ISD | B | Interest | K | T | | | | | |
| 60. Idaho Housing | B | Interest | K | T | | | | | |
| 61. Waller, Texas, ISD | B | Interest | K | T | | | | | |
| 62. Maine 2000 | B | Interest | L | T | Bought | 2/24 | | | |
| 63. ** Minerals ******* | | ******* | | | ******** | | | | ************* |
| 64. MI-03 | A | Royalty | J | W | | | | | Everest Minerals |
| 65. MI-04 | | None | K | W | Shut | | | | Galloway Energy |
| 66. MI-10 | A | Royalty | J | W | | | | | Prod Gather SJ Basin |
| 67. MI-16 | | None | J | W | Shut | | | | Caswell Silver now Blue Door |
| 68. MI-17 | B | Royalty | K | W | | | | | Burlington Resources |
| 69. MI-19 | A | Royalty | J | W | | | | | McLane |
| 70. MI-21 | B | Royalty | K | W | | | | | Sun Oil |
| 71. MI-22 | A | Royalty | J | W | | | | | Devon Energy |

1. Income Gain Codes: A = $1,000 or less; B = $1,001-$2,500; C = $2,501-$5,000; D = $5,001-$15,000; E = $15,001-$50,000 (See Columns B1 and D4) F = $50,001-$100,000; G = $100,001-$1,000,000; H1 = $1,000,001-$5,000,000; H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less; K = $15,001-$50,000; L = $50,001-$100,000; M = $100,001-$250,000 (See Columns C1 and D3) N = $250,001-$500,000; O = $500,001-$1,000,000; P1 = $1,000,001-$5,000,000; P2 = $5,000,001-$25,000,000; P3 = $25,000,001-$50,000,000; P4 = More than $50,000,000
3. Value Method Codes: Q = Appraisal; R = Cost (Real Estate Only); S = Assessment; T = Cash Market (See Column C2) U = Book Value; V = Other; W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Hughes, Lynn N | 8/15/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 72. MI-30 | | None | J | W | Shut | | | | Wagner Oil Clay |
| 73. MI-31 | C | Royalty | L | W | | | | | Wagner Oil Sbier |
| 74. MI-33 | | None | J | W | | | | | Dudley Land Co. |
| 75. MI-34 | | None | J | W | Shut | | | | Kaiser-Francis |
| 76. *** Money Market Funds *** | | ********* | | | ******** | | | | ******** |
| 77. Wachovia | B | Interest | L | T | | | | | Note One |
| 78. ** Bank Accounts ******* | | ******* | | | ********* | | | | ******* |
| 79. Bank of America | | | | | | | | | Account closed 2003 |
| 80. JPMorgan-Chase | A | Interest | M | T | | | | | Merger ex-Bank One |
| 81. Compass Bank - T | A | Interest | K | T | | | | | |
| 82. Compass Bank - G | A | Interest | K | T | | | | | |
| 83. Compass Bank - P | A | Interest | J | T | | | | | New account |
| 84. Wells Fargo | A | Interest | L | T | | | | | |
| 85. ******* End ******* | | ******* | | | ******** | | | | ***** End *** |

| 1 | A = $1,000 or less | B | | D | | E |
| (See Columns B1 and | F | | ,000 | | | |
| 2. Value Codes | J | K | | | | |
| | N | O | | | | |
| | P3 | | | | | |
| 3 | | | S | | T | |
| (See Column C2) | = Book Value | V = other | | = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Hughes, Lynn N | 8/15/2005 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report)

Note One: Cash balances in brokerage accounts bear interest at the broker's money market rate.

Note Two: Capital gains distributions in mutual funds are automatically reinvested.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____    Date ___8 . 4 . 5___
                                           08 . 04 . 05

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544